[No. 14267-1-III.    Division Three.    March 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ELEAZAR
SANDOVAL-RIVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 94-1-00426-9, Michael W. Leavitt, J., entered
August 16, 1994. *Affirmed* by unpublished opinion per
Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16414-4-III.    Division Three.    March 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A.
RASH, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 96-1-00499-6, Carol A. Wardell, J., entered
January 29, 1997. *Affirmed in part* and *remanded* by un-
published opinion per Kato, J., concurred in by Schultheis,
C.J., and Sweeney, J.

[No. 21396-6-II.    Division Two.    March 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN DEAN
OLES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-05202-1, Terry D. Sebring, J., entered
November 26, 1996. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Morgan and Houghton, JJ.

[No. 22146-2-II.    Division Two.    March 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
ENCINAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-00229-1, Thomas Felnagle, J., entered
June 11, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Armstrong, A.C.J., and Sein-
feld, J.